USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------------X**

**MAYSARA GIONCO, on behalf of herself and others similarly situated,**

**Plaintiff,**

**-against-**

**JDBN LLC, et al.,**

**Defendants.**

**--------------------------------------------------------------X**

**26-CV-00125 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 27, 2026, the parties appeared for a settlement conference and reached an agreement to settle all claims. Because this case involves FLSA claims, the Court must approve the settlement agreement pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The parties consented to my jurisdiction for the purposes of settlement on August 28, 2026, see ECF Nos. 26–27, but have yet to file a copy of the settlement agreement with the Court. By Friday, October 9, 2026, the parties shall file a copy of the settlement agreement or a status letter explaining the delay.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 28, 2026
New York, New York