USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**MAYSARA GIONCO, on behalf of herself and others similarly situated,**

**Plaintiff,**

**-against-**

**JDBN LLC, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**26-CV-00125 (SN)**

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on August 27, 2026, and reached an agreement in principle. On September 29, 2026, the parties submitted a proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 29. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 30, 2026
New York, New York